UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| BOBBY G. HEARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 1:03-CV-321 |
| | ) | |
| JO ANNE B. BARNHART, | ) | Judge Curtis L. Collier |
| Commissioner of Social Security | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

In accordance with the accompanying memorandum, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations (Court File No. 21) pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b), and hereby **ORDERS**:

(1) Plaintiff's motion for judgment on the pleadings (Court File No. 12) is **DENIED**;

(2) Commissioner's motion for summary judgment (Court File No. 18) is **GRANTED**;

(3) The Commissioner's decision denying benefits to Plaintiff is **AFFIRMED**; and

(4) This action is **DISMISSED**

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**